**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 19-7352**

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

    v.

GABUL ABDULLAHI ALI,

       Defendant - Appellant.

---

**No. 19-7557**

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

    v.

ABDI WALI DIRE,

       Defendant - Appellant.

---

**No. 19-7658**

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

v.

MOHAMMED MODIN HASAN,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:10-cr-00056-MSD-FBS-2; 2:16-cv-00393-MSD; 2:10-cr-00056-MSD-FBS-3; 2:16-cv-00433-MSD; 2:10-cr-00056-MSD-FBS-1; 2:16-cv-00227-MSD)

---

Submitted: February 14, 2022                    Decided: March 15, 2022

---

Before MOTZ and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Gabul Abdullahi Ali, Abdi Wali Dire, Mohammed Modin Hasan, Appellants Pro Se. Aidan Taft Grano-Mickelsen, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Gabul Abdullahi Ali, Abdi Wali Dire, and Mohammed Modin Hasan seek to appeal the district court's orders denying relief on their 28 U.S.C. § 2255 motions. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Appellants have not made the requisite showing. Accordingly, we deny a certificate of appealability in each case and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*